**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| DAN C. TUTTLE, JR., ) | |
| JONI H. TUTTLE, and ) | |
| DAN C. TUTTLE, SR., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **2:17-CV-207-RWS** |
| KOLTER SIGNATURE HOMES ) | |
| OF GEORGIA, LLC, ) | |
| THE KOLTER GROUP, LLC, ) | |
| OK LAKE LANIER, LLLP, ) | |
| OK JV1 GP, LLC, ) | |
| OZRE KLPE JV1, LLLP, ) | |
| ROBERT A. RADEMACHER, and ) | |
| STRACK, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on Plaintiffs' and Defendants' *Joint Notice of Settlement of Claims*.

Upon consideration of the Notice and for good cause shown, the Court hereby stays the deadline for Defendants to file their response to Plaintiffs' Complaint until April 6, 2018.

2

SO ORDERED this ___ day of _____, 2018.

_____
RICHARD W. STORY
United States District Judge