**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| DAN C. TUTTLE, JR., ) <br> JONI H. TUTTLE, and ) <br> DAN C. TUTTLE, SR., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KOLTER SIGNATURE HOMES GA, ) <br> LLC, ) <br> THE KOLTER GROUP, LLC, ) <br> OK LAKE LANIER, LLLP, ) <br> OK JV1 GP, LLC, ) <br> OZRE KLPE JV1, LLLP, ) <br> ROBERT A. RADEMACHER, and ) <br> STRACK, INC., ) <br> ) <br> Defendants. ) <br> ) | **CIVIL ACTION NO.:** <br> **2:17-CV-207-RWS** |

**[PROPOSED] CONSENT DECREE**

COME NOW Dan C. Tuttle, Jr., Joni H. Tuttle, and Dan C. Tuttle, Sr. ("Plaintiffs") and Kolter Signature Homes of Georgia, LLC, The Kolter Group, LLC, OK Lake Lanier, LLLP, OK JV1 GP, LLC, OZRE KLPE JV1, LLLP, Robert A. Rademacher (collectively "Kolter Defendants"), and Strack, Inc. (collectively, with Kolter Defendants, "Defendants"), and jointly submit the following Proposed Consent Decree showing the Court as follows:

1. **RECITALS**

   a. WHEREAS this case is a citizen suit brought by Plaintiffs under the Federal Water Pollution Control Act, 33 U.S.C. § 1251, et seq. ("Clean Water Act" or "CWA").

   b. WHEREAS Plaintiffs' claims arise from Defendants' construction and development of Phases IIIB and IIIC of a residential subdivision called Cresswind at Lake Lanier ("Development") and from the alleged discharge of sediment, construction debris, concrete, trash, fill materials, and other pollutants by Defendants from this Development into Waters of the United States including Lake Lanier;

   c. WHEREAS the facts which form the basis of Plaintiffs' lawsuit are more particularly described in the Complaint. *See* ECF No. 1.

   d. WHEREAS, Defendants denied, and continue to deny, each of Plaintiffs' allegations;

   e. WHEREAS, after investigation and inspections of the Development by experts and extensive negotiations, the Parties have agreed to entry of this Proposed Consent Decree to resolve this action;

f.  WHEREAS, Plaintiffs and Defendants consider this Proposed Consent Decree a just, fair, adequate and equitable resolution of the claims raised in this action and without any admission of fact or law;

g.  WHEREAS, through this Consent Decree, Defendants admit no wrong-doing, and do not waive or limit any defense, on any grounds, related to any action which might be taken by the United States Department of Justice or Environmental Protection Agency or the Georgia Environmental Protection Division;

h.  WHEREAS, it is in the interests of the public, the Parties, and judicial economy to resolve the issues in this action without protracted litigation, including a trial;

i.  WHEREAS, the Parties have given notice of the proposed entry of this Consent Decree to the Attorney General of the United States of America and the Administrator and Regional Administrator of the United States Environmental Protection Agency more than 45 days prior to entry of this Consent Decree, as required by 33 U.S.C. § 1365(c)(3);

j.  WHEREAS this Consent Decree applies to and is binding upon Plaintiffs and Defendants.

**2.     TERMS**

With the consent of all Parties to this action, the following is hereby **ORDERED**:

    a.     **Remediation of Pollutants**

        i.     Within 30 days of entry of this Proposed Consent Decree Defendants shall undertake the remediation of historic sediments from 1,000 linear feet of the collective creeks proximate to Flat Creek Cove on Lake Lanier; and

        ii.    Defendants shall pay Plaintiffs (collectively) $55,000 to be used for the remediation of sediment and/or other pollutants in Flat Creek Cove on Lake Lanier.  Plaintiffs agree to indemnify and hold the Defendants harmless form all claims related to the removal of sediment and/or other pollutants from the Cove.

    b.     **Supplemental Environmental Project/Civil Penalties**

        i.     In lieu of the payment of civil penalties, Defendants shall make a onetime payment of $25,000 for a Supplemental Environmental Project ("SEP") to "Chattahoochee Riverkeeper, Inc." within thirty (30) days of entry of the Proposed Consent Decree;

ii. Said funds shall be marked as restricted funds for a SEP within the watershed of Flat Creek as set forth in the SEP Form and Acknowledgement Letter from Chattahoochee Riverkeeper, Inc., which are attached hereto as Exhibit A.

**c.     Reimbursement of Attorneys' Fees and Expenses**

Defendants shall pay Plaintiffs $150,000 as reimbursement of attorneys' fees and expenses of litigation.

**d.     Payment**

Defendants shall make the payments under Sections 2(a) & 2(c) to "Stack & Associates, P.C. IOLTA" and deliver such payments to Stack & Associates, P.C. before entry of this Proposed Consent Decree by the Court. Stack & Associates, P.C. shall hold all proceeds in this account pending entry of this Proposed Consent Decree by the Court.

**e.     Transfer of Ownership**

No transfer of ownership or operation of any portion of the Development shall relieve Defendants of their foregoing obligations under this Consent Decree.

3. **REPRESENTATIVE AUTHORITY**

Each undersigned representative of the Parties to this Consent Decree certifies that he or she is fully authorized by the party to enter into and execute the terms and conditions of this Consent Decree, and to execute and legally bind the Party he or she represents to this document. By signature of their respective counsel below, Plaintiffs and Defendants consent to entry of this Consent Decree.

4. **FINAL JUDGMENT**

Upon approval and entry of this Consent Decree by the Court, this Consent Decree shall constitute a final judgment of the Court as to the Parties pursuant to Fed. R. Civ. P. 54 and 58.

5. **RETENTION OF JURISDICTION**

This Court shall retain jurisdiction over this action/matter to the extent necessary to enforce the terms of this Consent Decree.

6. **USE OF CONSENT DECREE**

This Consent Decree shall not constitute an admission or evidence of any fact, wrongdoing, misconduct, or liability on the part of Defendants or their respective agents, servants, employees, insurers, predecessors, successors, stakeholders, affiliates, parents, subsidiaries, managers, directors, assigns, members, owners, officers, contractors, investors, and attorneys.

**SO ORDERED** this ___ day of _____, 2018.

_____
The Honorable Richard W. Story
UNITED STATES DISTRICT JUDGE

**Prepared and consented to this 19th day of April 2018 by:**

| | |
|---|---|
| **/s/ Tyler J. Sniff** | **/s/ Michael P. Carvalho** |
| Donald D.J. Stack | Georgia Bar No. 529129 |
| Georgia Bar No. 673735 | CARVALHO & ASSOCIATES, P.C. |
| Tyler Joseph Sniff | 707 Whitlock Avenue |
| Georgia Bar No. 403125 | Building E/Suite 19 |
| STACK & ASSOCIATES, P.C. | Marietta, Georgia 30064 |
| 260 Peachtree Street, Suite 1200 | Telephone: (678) 354-0066 |
| Atlanta, Georgia 30309 | Facsimile: (678) 354-0667 |
| Telephone: (404) 525-9205 | E-mail: mpc@carvalholawfirm.com |
| Facsimile: (404) 522-0275 | |
| E-mail: dstack@stack-envirolaw.com | *Counsel Kolter Defendants* |
| tsniff@stack-envirolaw.com | |

*Counsel for Plaintiffs*

**/s/ C. Bradford Marsh**
Georgia Bar No. 471280
SWIFT, CURRIE, MCGHEE, & HIERS, LLP
1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309
Telephone: (404) 888-6151
Facsimile: (404) 888-6199
E-mail: brad.marsh@swiftcurrie.com

*Counsel for Defendant Strack, Inc.*



Keeping Watch Over Our Waters

3 Puritan Mill   916 Joseph E. Lowery Blvd.   Atlanta, GA 30318   404.352.9828   Fax 404.352.9828   www.chattahoochee.org

April 16, 2018

To Whom It May Concern:

Chattahoochee Riverkeeper, Inc. (CRK) has reviewed the draft consent decree in the matter of *Tuttle, et al. v. Kolter Signature Homes of Georgia, et al.*, No. 1:17-CV-207-RWS and will review the final consent decree once entered by the Court. CRK has agreed to accept $25,000 from Defendants (collectively) as part of the settlement in the above-referenced matter, and will use such funds for water quality monitoring and protection efforts in Lake Lanier and specifically the Flat Creek tributary of the Chattahoochee River. CRK will not use any money it receives under the consent decree for political lobbying activities.

Sincerely,

Juliet Cohen
Executive Director
Chattahoochee Riverkeeper, Inc.

P. 1

Exhibit A/Attachment A to Consent Decree

| | |
|---|---|
| Project Title: | Flat Creek and Lake Lanier Water Quality Monitoring |
| Applicant Organization: | Chattahoochee Riverkeeper, Inc. |
| Mission Statement: | Chattahoochee Riverkeeper's (CRK) mission is to advocate and secure the protection and stewardship of the Chattahoochee River, including its lakes, tributaries and watershed, to restore and conserve their ecological health for the people and wildlife that depend on the river system. |
| Contact and Title: | Kevin Jeselnik, General Counsel |
| Mailing Address: | 916 Joseph Lowery Boulevard, Suite 3, Atlanta, GA 30318 |
| Phone Number: | (404) 352-9828 |
| E-mail: | kjeselnik@chattahoochee.org |
| Website: | https://www.chattahoochee.org |
| Amount Requested: | $25,000 |
| 501(c)(3) Status: | CRK is a tax-exempt public charity under section 501(c)(3) of the Internal Revenue Code. |
| Project Summary: | CRK has an existing water quality monitoring program on Lake Sidney Lanier reservoir as part of its Lake Lanier Clean Water Campaign. Through this campaign, CRK monitors Lake Lanier at 10 different locations each month from April through October for chlorophyll, which is an important indicator of the lake's health. Chlorophyll levels can indicate algae blooms and excessive amounts of nutrients flowing into the lake, which can deplete oxygen in the water and lead to serious water quality problems including fish kills. CRK's sampling and quality assurance plan for this program have been approved by the Georgia Environmental Protection Division. As such, the data collected can be and is used by EPD and others.

Flat Creek is an important tributary of Lake Lanier that runs through the City of Gainesville. It is listed as an impaired stream segment by EPD under the Clean Water Act for not meeting its designated use of fishing due to severe pollution from industrial runoff, commercial and residential development, and other sources. In the past few years, CRK has conducted water quality monitoring at select locations on Flat Creek. CRK will use the funds to |

1

Exhibit A/Attachment A to Consent Decree

|  |  |
|---|---|
|  | conduct regular water quality sampling on Flat Creek at additional locations including the confluence of Flat Creek with Lake Lanier and the Flat Creek embayment/cove in Lake Lanier. CRK's sampling will include chlorophyll, E. coli, Total Coliforms, conductivity and turbidity as needed. As part of this project, CRK will establish such sites on Flat Creek and the Flat Creek embayment/cove and ensure that all monitoring data collected is entered into and posted on the Georgia Adopt-A-Stream and CRK's Neighborhood Water Watch websites. |
| Project Location: | Within the Chattahoochee River watershed, with a focus on the Flat Creek tributary and its nexus with Lake Sidney Lanier reservoir. |
| Project Plan: | As described in the Project Summary, CRK will use the SEP funds to conduct water quality monitoring and establish baseline water quality conditions in the area of focus. |
| Project Budget: | $25,000. The budget will allow up to 7 Lake Lanier sampling events (11 different locations with a total of 98 samples) and 40 sampling events on Flat Creek (8 different locations with a total of 320 samples). |