## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| DAN C. TUTTLE, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:** |
| | ) | **2:17-CV-207-RWS** |
| KOLTER SIGNATURE HOMES GA, | ) | |
| LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' NOTICE TO THE COURT OF DATES OF SERVICE OF ADMINISTRATOR OF U.S. ENVIRONMENTAL PROTECTION AGENCY AND ATTORNEY GENERAL WITH PROPOSED CONSENT JUDGMENT

Plaintiffs hereby notify the Court, as required by 40 C.F.R. § 135.5(b)(2), that on April 26, 2018, the Administrator of the U.S. Environmental Protection Agency ("EPA") and the Attorney General received copies of the Proposed Consent Decree filed by the Parties, *see* ECF No. 27-1, as evidenced by the attached return receipts. *See* Ex. A (copy of return receipts and letters).  As such, the 45-day period of review by the EPA and Attorney General of the Proposed Consent Decree under Section 1365(c)(3) of the Federal Water Pollution Control Act and 40 C.F.R. § 135.5, ends on Monday, June 11, 2018.  **Therefore, under Section 1365(c)(3) of the Act, the Court may enter the Proposed Consent Decree after Monday, June 11, 2018.**

Respectfully submitted,

Dated: **April 30, 2018**     **/s/ Tyler J. Sniff**
Donald D.J. Stack
Georgia Bar No. 673735
Tyler Joseph Sniff
Georgia Bar No. 403125
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30309
Telephone: (404) 525-9205
Facsimile: (404) 522-0275
E-mail: dstack@stack-envirolaw.com
tsniff@stack-envirolaw.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **April 30, 2018** I electronically filed the foregoing using the Court's CM/ECF system and thus also served the foregoing on all counsel of record.

Dated: **<u>April 30, 2018</u>**       **<u>/s/ Tyler J. Sniff</u>**
                                Tyler J. Sniff
                                Georgia Bar No. 403125
                                STACK & ASSOCIATES, P.C.
                                260 Peachtree Street, Suite 1200
                                Atlanta, Georgia 30303
                                Telephone: (404) 525-9205
                                Facsimile: (404) 522-0275
                                E-mail: tsniff@stack-envirolaw.com

                                *Counsel for Plaintiffs*